HELANE L. MORRISON (CA Bar No. 127752)
JAMES A. HOWELL (CA Bar No. 92721)
KASHYA K. SHEI (CA Bar No. 173125)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION          **E-filed 3/20/06**
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>YERVANT DAVID LEPEJIAN,<br><br>Defendant. | Case No.  C 02-4308 JF (PVT)<br><br>STIPULATION FOR ENTRY OF AMENDED JUDGMENT |

Plaintiff United States Securities and Exchange Commission ("Commission") and defendant Yervant David Lepejian ("Lepejian"), by their respective counsel of record in this action, stipulate and agree as follows:

**RECITALS**

A.     On October 17, 2002, pursuant to a Consent of Yervant David Lepejian to Entry of Judgment of Permanent Injunction and Other Relief, the Court entered judgment in favor of the Commission and against Lepejian.  The judgment provided, among other things, that Lepejian would pay a civil penalty in an amount to be agreed by the parties or, failing agreement, determined by the Court.

B.     On June 7, 2005, following a plea of guilty, Lepejian was sentenced in a criminal case in this Court, *United States v. Yervant David Lepejian*, Case No. CR 02-0266 VRW (N.D. Cal.).  The criminal case was based on some of the same facts alleged in the Commission's action.  Lepejian was

1  sentenced to one year and a day incarceration and two years supervised release.  No fine or restitution
2  was ordered.
3        C.      Based upon its evaluation of Lepejian's conduct and the criminal sentence imposed on
4  Lepejian, the Commission has determined to withdraw its request for disgorgement and a civil penalty in
5  this action.

## STIPULATION

7        The Commission and Lepejian stipulate and agree that the Court may amend the judgment in
8  this action to delete the portion of the judgment requiring payment of disgorgement and a civil
9  penalty.  The Commission and Lepejian agree that an Amended Judgment of Permanent Injunction
10  and Other Equitable and Statutory Relief Against Defendant Yervant David Lepejian, in the form
11  attached to this stipulation, may be entered by the Court.

13  Dated: March 16, 2006                          James A. Howell
14                                           JAMES A. HOWELL
                                         Attorney for Plaintiff
15                                         SECURITIES AND EXCHANGE COMMISSION

16  Dated: March __, 2006                       MICHAEL F. TUBACH
                                       O'MELVENY & MYERS LLP
17

18                                      By:   see attached
19                                          Michael F. Tubach
                                       Attorneys for Defendant
20                                        YERVANT DAVID LEPEJIAN

22                                         **ORDER**

23       IT IS SO ORDERED.
24  DATED:  3/20/06
                                       UNITED STATES DISTRICT JUDGE
25                                          JEREMY FOGEL